**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shelley T. Fairclough - Gumbs          CHAPTER 7
                Debtor(s)

                                                                                    BKY. NO. 21-10772 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                             Respectfully submitted,

                                     /s/ *Rebecca Solarz*
                                     Rebecca Solarz
                                     12 Apr 2021, 13:36:59, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322